07-159M

# Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No |
| R 3219918 | Vincent | V0480 DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/22/2007 2342 | |

Place of Offense: Bld #802 Rm#209 Dover AFB, DE 19902

Offense Description: Title #18 United States Code Section 113 a 5: Simple Assault

## DEFENDANT INFORMATION

| Last Name | First Name | MI | Phone |
|---|---|---|---|
| Greer | David | A | |

| Street Address | | | |
|---|---|---|---|
| City | State | Zip Code | |
| Owings Mills | Md | 21117 | |

| Drivers License No | DL State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | Md | | ..1979 |

| Adult ☒ Juvenile ☐ | Sex ☒ Male ☐ Female | Hair Bl | Eyes Br | Height 6'1" | Weight 170 |

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

VIN:

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 844 King St, Wilmington DE 19801

Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 April, 20 07, while exercising my duties as a law enforcement officer in the ____ District of Delaware

Your honor while performing routine patrol duties on Dover AFB Lewis Janitor approached me and advised me that he had assaulted her by grabbing her and pushing her around the room. After advising Greer of his rights he admitted to pushing Lewis around the room. I visually inspected Lewis and found no apparent injuries.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 04/23/2007  [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)    U S Magistrate Judge

CVR Scan 5/3/2007 14 20 53