07-159M

# Violation Notice

Violation Number: R 3219915
Officer Name (Print): Vincent
Officer No: V0480

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/22/2007 2342
Offense Charged: ☐ CFR  ☒ USC  ☐ State Code
Place of Offense: Bldg. #802 Rm #204 Dover AFB DE 19902
Offense Description: Title #18 United States Code Section 1361: Damage to Government Property

## DEFENDANT INFORMATION

Last Name: Green
First Name: David
MI: A
Street Address: [redacted]
City: Owings Mills
State: Md
Zip Code: 21117
Drivers License No: [redacted]
D L State: Md
Social Security No: [redacted]
Date of Birth (mm/dd/yyyy): 1974
Sex: ☒ Male ☐ Female
Height: 6' 01"
Weight: 170
Hair: Bl
Eyes: Br
☒ Adult  ☐ Juvenile

## VEHICLE DESCRIPTION

Tag No | State | VIN | Year | Make/Model | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ Forfeiture Amount
+ $25 Processing Fee
$ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 844 King St, Wilmington DE 19801

Date (mm/dd/yyyy): 
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 April, 20 07 while exercising my duties as a law enforcement officer in the Kent District of Delaware

Your honor while performing routine patrol duties on Dover AFB Lewis/Jennifer K. approached me and advised me that Green had broken a door in her building room. I went to Bldg #802 Rm #204 and verified that the door in the bathroom had damage. The damage consisted of the door frame that was broken off and the door was pushed in and splintered. After advising Green of his rights, he did admit to pushing the door in.

The foregoing statement is based upon
☐ my personal observation  ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/25/2007
Date (mm/dd/yyyy)
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)
U.S. Magistrate Judge