IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. : VIOLATION NOTICE NO. R3219915
                                                              R3219918

DAVID A. Greer :  07-159M

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for ___DAVID A. Greer___.

                                                         COLM F. CONNOLLY
                                                         United States Attorney

                           BY: _____
                                   NICHOLAS D. CARTER, Captain, USAF
                                   Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this ___14th___ day of ___November___ 2007.

FILED

NOV 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge